# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTONIO DONDE TYSON

NO. 2025 KW 1062

**FEBRUARY 9, 2026**

---

In Re: Antonio Donde Tyson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1121-F-2023.

---

**BEFORE: THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.